1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

11  KEITH MANNING SHORT,                    Case No. 2:21-cv-01474-GMN-VCF

12                    Petitioner,            **ORDER**

13          v.

14  DIRECTOR, N.D.O.C., et al.

15                    Respondents.

16

17          Petitioner has submitted a petition for a writ of habeas corpus.  He did not submit an

18  application to proceed <u>in forma pauperis</u>, nor did he pay the filing fee of $5.00.

19          IT THEREFORE IS ORDERED that petitioner must file an application for leave to

20  proceed <u>in forma pauperis</u>, accompanied by a signed financial certificate and a statement of his

21  inmate account.  The clerk of the court is directed to send petitioner a blank application form for

22  incarcerated litigants.  In the alternative, petitioner must make the necessary arrangements to pay

23  the filing fee of $5.00, accompanied by a copy of this order.  Petitioner will have 45 days from

24  the date that this order is entered to comply.  Failure to comply will result in the dismissal of this

25  action.

26          DATED:  August 12, 2021

27
                                                    _____
28
                                                    GLORIA M. NAVARRO
                                                    United States District Judge

1