# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEITH MANNING SHORT,<br><br>                Petitioner,<br><br>   v.<br><br>DIRECTOR, N.D.O.C., et al.<br><br>                Respondents. | Case No. 2:21-cv-01474-GMN-EJY<br><br>**ORDER** |

This is a habeas corpus action under 28 U.S.C. § 2254. The court directed petitioner Keith Short to show cause why the court should not dismiss the action because Short had not exhausted his state-court remedies for his sole ground for relief. ECF No. 6. Short has not responded to the court's order. The court thus will dismiss the action.

Reasonable jurists would not find this determination to be debatable or wrong, and the court will not issue a certificate of appealability.

IT THEREFORE IS ORDERED that this action is **DISMISSED** for petitioner's failure to exhaust his state-court remedies. The clerk of the court is directed to enter judgment accordingly and to close this action.

///

///

///

1

IT FURTHER IS ORDERED that a certificate of appealability will not issue.

DATED: December 8, 2021

_____
GLORIA M. NAVARRO
United States District Judge